**Wm. Kempton JOHNSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 4422.**

Circuit Court of Appeals, Third Circuit.

Sept. 24, 1931.

Garey, Crowley & Beatty, of New York City (Edward K. Kennedy and Earl J. Garey, both of New York City, of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and J. Louis Monarch and Morton K. Rothschild, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., of counsel), for respondent.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMPSON, District Judge (now Circuit Judge).

BUFFINGTON, Circuit Judge.

This appeal is dismissed on authority of Cooper v. U. S., 280 U. S. 409, 50 S. Ct. 164, 74 L. Ed. 516.